IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

QUINCY MURRELL,

Appellant,

v.

Case No. 5D21-2757
LT Case No. 2018-CA-003502-MF

WELLS FARGO BANK, N.A., AS
TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE HARBORVIEW
MORTGAGE LOAN TRUST
MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-12,

Appellee.
_____/

Decision filed June 7, 2022

Nonfinal Appeal from the Circuit Court
for Osceola County,
Margaret H. Schreiber, Judge.

Andrew B. Greenlee, of Andrew B.
Greenlee, P.A., Sanford, and
Anthony N. Legendre, II, of Law Offices
of Legendre & Legendre, PLLC,
Maitland, for Appellant.

Allison Morat, of Bitman O'Brien &
Morat, PLLC, Lake Mary, for Appellee.

PER CURIAM.

AFFIRMED.

WALLIS, TRAVER and WOZNIAK, JJ., concur.